1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    ANN H. VORIS, Bar #100433
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    FRANCISCO JAVIER HERNANDEZ-PADILLA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:10-cr-0096 AWI
                                         )
12                   Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE; ORDER
13          v.                           )
                                         )   Date:   August 23, 2010
14   FRANCISCO JAVIER HERNANDEZ-         )   Time:   9:00 a.m.
     PADILLA,                            )   Judge: Hon. Anthony W. Ishii
15                                       )
                     Defendant.          )
16                                       )

17   _____

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel that the status conference in the above-captioned matter now set for August 9, 2010, **may be**

20   **continued to August 23, 2010, at 9:00 a.m.**

21          This reason for the continuance is for investigation, research, and further plea negotiations. This

22   continuance will conserve time and resources for both parties and the court.

23   ///

24   ///

25   ///

26   ///

27   ////

28   ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for effective defense

3    preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A), (B)(ii), and (iv).

4                                                          LAWRENCE BROWN
                                                         United States Attorney

5

6    DATED:  August 5, 2010                   By:    /s/ Susan Phan
                                                         SUSAN PHAN
7                                                        Assistant United States Attorney
                                                         Attorney for Plaintiff

8

9                                                        DANIEL J. BRODERICK
                                                         Federal Defender

10

11   DATED:  August 5, 2010                   By:    /s/ Ann H. Voris
                                                         ANN H. VORIS
12                                                       Assistant Federal Defender
                                                         Attorney for Defendant
13                                                       Francisco Javier Hernandez-Padilla

14

15

16

17                                     **O R D E R**

18        **IT IS SO ORDERED.**  Time is excluded pursuant to  §§ 3161(h)(7)(A), (B)(ii), and (iv).

19   IT IS SO ORDERED.

20

21   Dated:   August 5, 2010
                                            CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28